# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GAVELSTON DIVISION

| | |
|---|---|
| Judy Jezl,<br><br>                       Plaintiff,<br>  v.<br><br>AmSher Collection Services, Inc.,<br><br>                       Defendant. | Civil Action No.: 3:11-cv-148 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 12, 2012

                                              Respectfully submitted,

                                              By /s/ Jody B. Burton

                                              Jody B. Burton, Esq.
                                              Bar No.: 71681
                                              LEMBERG & ASSOCIATES L.L.C.
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424
                                              E-mail: jburton@lemberglaw.com
                                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By   /s/ Jody B. Burton

                                                  Jody B. Burton