UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Judy Jezl, | : |
| | : Civil Action No.: 3:11-cv-00147 |
| Plaintiff, | : |
| v. | : **ORDER OF DISMISSAL WITH** |
| | : **PREJUDICE** |
| AmSher Collection Services, Inc., | : |
| | : |
| Defendant. | : |

### ORDER GRANTING STIPULATION OF DISMISSAL

Pursuant to the Stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice and without costs to any party.

DATED: _December 17, 2012_  _____
THE HONORABLE JOHN R. FROESCHNER